Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided November 21, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted August 8, 2016; decided November 21, 2016

Motion for reargument denied [*see* 27 NY3d 1146 (2016)].

Judge ABDUS-SALAAM taking no part.

JOHN K. RENKE II, Respondent, v JOYCE KWIECINSKI, Appellant.

Submitted September 6, 2016; decided November 21, 2016

Motion for reargument of motion for leave to appeal dismissed as untimely (*see* 22 NYCRR 500.24 [b]) [*see* 27 NY3d 1147 (2016)].

In the Matter of JOELLE SAVAS, Respondent, v DANIEL JOSEPH BRUEN, Appellant.

Submitted November 14, 2016; decided November 21, 2016